No. D–1508. IN RE DISBARMENT OF SAMARCO. It is ordered that James Phillip Samarco, of Fresno, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1509. IN RE DISBARMENT OF MASON. It is ordered that Cecil Vernon Mason, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 105, Orig. KANSAS v. COLORADO. Motion of Kansas for divided argument granted, and the time is allotted as follows: Kansas, 30 minutes; Colorado, 20 minutes; and the United States, 10 minutes. Motion of Colorado for divided argument denied. Motion of the Solicitor General for divided argument denied. [For earlier order herein, see, e. g., ante, p. 1124.]

No. 108, Orig. NEBRASKA v. WYOMING ET AL. Motion of Wyoming for leave to file a reply brief granted. Motion of the Solicitor General for divided argument granted. [For earlier order herein, see, e. g., ante, p. 1124.]

No. 111, Orig. TEXAS ET AL. v. NEW YORK. Motion of plaintiff-intervenor States of Alabama et al. for leave to dismiss their respective amended complaints without prejudice denied. Bill of complaint dismissed. [For earlier order herein, see, e. g., ante, p. 804.]

No. 93–2068. KIMBERLIN v. QUINLAN ET AL. C. A. D. C. Cir. [Certiorari granted, ante, p. 1123.] Motion of the parties to dispense with printing the joint appendix granted.

No. 94–440. SETOLA ET AL. v. BOB SCHMIDT CHEVROLET, INC., ET AL., ante, p. 1016. Motion of respondents for award of damages and costs denied.

No. 94–455. JOHNSON ET AL. v. JONES. C. A. 7th Cir. [Certiorari granted, ante, p. 1071.] Motion of petitioners to dispense with printing the joint appendix granted.